IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA     )
                             )       CRIMINAL ACTION NO.
     v.                      )          2:17cr493-MHT
                             )              (WO)
EVERETT DARNELL ARMSTRONG    )
```

ORDER

This case is before the court on defendant Everett Darnell Armstrong's motion for early termination of supervised release (doc. no. 3).   Based on the government's and the probation department's support of the motion, and on Armstrong's successful completion of 40 months of supervision as a productive, law-abiding member of society, it is ORDERED that:

(1) The motion is granted.

(2) Defendant Everett Darnell Armstrong's term of supervised release is terminated effective immediately and he is discharged.

DONE, this the 11th day of January, 2021.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE